UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-23157-cv-JEM

EVAN MORRIS JOHNSON, by and through
His parent and natural and legal guardian,
DEBBIE JOHNSON,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a Foreign Corporation,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER & AFFIRMATIVE DEFENSES

    CARNIVAL CORPORATION, by and through undersigned counsel, hereby files this, its Motion for Leave to File Amended Answer and Affirmative Defenses, and in support thereof, states as follows:

    1.    Pursuant to the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge, no later than March 16, 2017, the parties may file motions to amend the complaint. Notably, the Order is silent as to a deadline to file a motion to amend the answer and affirmative defenses. However, and in an abundance of caution, the Defendant has filed its motion within the deadlines prescribed with respect to the complaint.

    2.    The basis of the lawsuit surrounds the Plaintiff's fall and subsequent injuries, for which the Plaintiff asserts a myriad of charges that the Defendant allegedly breached many duties it purportedly owed the Plaintiff.



CASE NO.: 16-23157-cv-JEM

3. Paragraph Twenty Seven of the Complaint contains a non-descript and otherwise innocuous statement that the Defendant "sells copious amounts of alcohol aboard the vessels." Comp. ¶ 27 [D.E. 1]. However, the Plaintiff now seeks discovery related to the Plaintiff's consumption of alcohol, and thus, it has become apparent that there is a need for the Defendant to amend its Answer & Affirmative Defenses accordingly.

4. Specifically, the proposed Answer & Affirmative Defenses seek to add two Affirmative Defenses. The first, which is enumerated as the Tenth Affirmative Defense, raises the Plaintiff's involuntary intoxication as either a bar to recovery, or at the very least, establish comparative negligence. The second, which is enumerated as the Eleventh Affirmative Defense, is also an alcohol-related defense that is premised upon Florida's Statutory scheme, which prohibits a plaintiff's recovery if it is found that at the time he was injured, his blood or breath alcohol level was .08 or higher.

5. "[L]eave to amend a party's pleading shall be freely given when justice so requires . . . and that in the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive . . . the leave sought, as the rules require, be 'freely given.' *Jameson v. Arrow Co.*, 75 F.3d 1528, 1534-35 (11th Cir. 1996). This Motion is being filed in good faith, and is not an attempt to cause undue delay or otherwise guided by any sort of dilatory motive. Further, should this Court grant the Motion, the Plaintiff will not be prejudiced.

6. Counsel for the Defendant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion. Specifically, an email was sent to counsel of record on March 16, 2017 at 5:11 p.m., but has not received a response prior to filing this Motion.

CASE NO.: 16-23157-cv-JEM

Respectfully submitted,

MASE TINELLI, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By: /s/ *Anthony Tinelli*
CURTIS J. MASE
Florida Bar No. 478083
cmase@masetinelli.com
kfehr@masetinelli.com
filing@masetinelli.com

ANTHONY J. TINELLI
Florida Bar Number 959901
atinelli@masetinelli.com
rcoakley@masetinelli.com
filing@masetinelli.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2017, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Anthony Tinelli*
ANTHONY TINELLI



CASE NO.: 16-23157-cv-JEM

## SERVICE LIST

**John F. Billera, Esq.**
BILLERA LAW
2201 N.W. Corporate Blvd.
Suite 201
Boca Raton, Florida 33431
Tel: (561) 218-4639
Fax: (561) 826-7847
Florida Bar No.: 869041
john@billeralaw.com
paralegal@billeralaw.com
clerk@billeralaw.com
legal@billeralaw.com
*Attorneys for Plaintiff*

**Joseph Madalon, Esq.**
THE MADALON LAW FIRM
100 North Federal Highway
Suite CU-5, 4th Floor
Fort Lauderdale, FL 33301
Tel: (954) 923-0072
Fax: (954) 923-0074
pleadings@madalonlaw.com
*Attorneys for Plaintiff*

18938/#