UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23157-CIV-MARTINEZ/GOODMAN

EVAN MORRIS JOHNSON,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**POST-DISCOVERY HEARING ADMINISTRATIVE ORDER**

Plaintiff filed a Notice of Hearing regarding four discovery issues concerning Interrogatories #13 and #14 and Requests for Production #36 and #37. [ECF No. 23]. The Undersigned held a hearing to resolve those discovery issues on April 21, 2017. At the hearing, the Undersigned **ordered** as follows:

Concerning Interrogatory #13, the issue with the request as it is currently phrased is that it seeks discovery concerning anyone who reported a trip-and-fall on the same type of stairs as were involved in this litigation aboard these two different classes of vessels. This is substantially overbroad because it is not limited to substantially similar incidents. In fact, the way it is currently phrased includes "any fall of any type." So, for example, if someone slipped because there was water at the top of the stairs,

then, with the way the interrogatory is phrased, all of those prior incidents would be subject to this interrogatory.

Therefore, Interrogatory #13 needs to be narrowed. The scope of the interrogatory will be limited to trip-and-falls on the same type of stairs, due to defective nosing (or nosing which is in need of repair), inadequate handrail, unreasonably short run of the stair, or inadequate lighting, for three years before the incident, for the Triumph class and the Fantasy class of vessels.

The Court is eliminating Interrogatory #14.

The ruling for Request for Production #36 is the same as the ruling for Interrogatory #13. Therefore, this request will be narrowed in the same way that Interrogatory #13 was narrowed.

The Court is eliminating Request for Production #37.

**DONE and ORDERED** in Chambers, in Miami, Florida, on April 21, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Jose E. Martinez
All Counsel of Record