UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.  16-23157 CIV

EVAN MORRIS JOHNSON, by and through
his parent and natural and legal guardian,
DEBBIE JOHNSON,

    Plaintiff,

vs.

CARNIVAL CORPORATION,
a foreign corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE SECTIONS 803(6) AND 902(11)**

    Plaintiff, EVAN MORRIS JOHNSON, by and through his parent and natural and legal guardian, DEBBIE JOHNSON, by and through undersigned counsel, and pursuant to Federal Rules of Evidence §§ 803(6) and 902(11), hereby gives notice of intent to offer evidence of any and all records, documents, and files through certification of business records.  Records and certifications will be made available for inspection upon request, from the following providers:

1. Wake Radiology Consultants
   1520 Sunday Drive, Ste 117
   Raleigh, NC 27607

2. WakeMed Health & Hospitals
   3000 New Bern Avenue
   Raleigh, NC 27610

3. Carolina Rehabilitation & Surgical Associates
   3000 New Bern Avenue
   Raleigh, NC 27610

Case No.: 16-23157-CIV-JEM

4. Raleigh Neurology Associates, P.A.
   1520 Sunday Drive, Ste 215
   Raleigh, NC 27607

5. Johnson Medical Associates
   2076 NC Highway 42 West, Ste 330
   Clayton, NC 27520

6. Clayton Eye Clinic
   11391 US Highway 70 West
   Clayton, NC 27520

7. Clayton Medical Associates, P.A.
   100 Guy Road
   Clayton, NC 27520

8. Dr. Folden Lee
   5400 Barber Mill Road
   Clayton, NC 27520

9. Duke Eye Center
   2351 Erwin Road
   Durham, NC 27705

10. Eastern Carolina ENT Associates
    P.O. Box 571
    927 N. Brightleaf Blvd.
    Smithfield, NC 27577

11. Johnston Medical Associates Gastroenterology
    514 N. Brightleaf Blvd., Ste 1610
    Smithfield, NC 27577

12. North Carolina Neuropsychiatry
    1829 E. Franklin Street
    400 Franklin Square
    Chapel Hill, NC 27514
    &
    2505 Blue Ridge Road, Ste 225
    Raleigh, NC 27607

13. The GI Guy
    1004 Procure Stret
    Fuquay Varina, NC 27526

14. Dr. Francis J. Cusumano
    5638 NC Hwy 42 W., Ste 111
    Garner, NC 27529

15. University Orthopedics
    166 Springbrook Ave., Ste 101
    Clayton, NC 27520

16. Fast Med
    5156 NC Hwy 42 West
    Garner, NC 27529

17. Fast Med
    104 Huffman Mill Road
    Burlington, NC 27215

18. Raleigh Hand Center
    3701 Wake Forest Road, Suite 100
    Raleigh, NC 27609

19. North Carolina Dept. of Health and Human Services
    Division of Vocational Rehabilitation
    224 Peedin Road
    Smithfield, NC 27577

20. North Carolina Medical Assistance, Health and Human Services
    1985 Umstead Drive
    Raleigh, NC 27603

21. Carolina Outreach Foundation
    2670 Durham-Chapel Hill Blvd.
    Durham, NC 27707

22. DukeHealth
    Brier Creek Endocrine
    10207 Carny Street
    Raleigh, NC 27617

23. Duke Endocrinology and Bone Densitometry
    Duke Clinic 1A
    30 Duke Medicine Circle
    Durham, NC 27710

24. Associated Urologist of NC
    3821 Ed Drive
    Raleigh, NC 27612

25. Rex Vascular Specialists
    4414 Lake Boone Trail, Ste 108
    Raleigh, NC 27607

26. UNC Health Care System
    101 Manning Drive
    Chapel Hill, NC 27514

27. Johnson Optometric
    918 Seventh Avenue
    Garner, NC 27529

28. NC Heart & Vascular
    2800 Blue Ridge Road, Ste 400
    Raleigh, NC 27607

29. Dr. Onala Telford
    2301 Erwin Road
    Durham, NC 27705

30. Medicaid
    7500 Security Blvd
    Baltimore, MD 21244

31. North Carolina Vocational Rehab Services
    2801 Mail Service Center
    Raleigh, NC 27699-2801

32. Carolina Outreach Foundation
    2670 Durham-Chapel Hill Blvd.
    Durham, NC 27707

33. Broward Health
    1608 SE 3rd Avenue, Ste 305B
    Fort Lauderdale, FL 33316

34. Broward Surgical Associates / Delray Trauma Associates, P.A.
    6405 N. Federal Hwy, Ste 4
    Fort Lauderdale, FL 33308

35. Rand Hospital, Bahamas
    East Atlantic Drive
    Freeport F-40071
    Bahamas

36. North Broward Radiologists, P.A.
    1801 S. Perimeter Road, Suite 180
    Fort Lauderdale, FL 33309

37. Dr. Nancy Mackowsky, The Mackowsky Visual & Learning Rehabilitation
    4505 Fair Meadow Lane, Suite 207
    Raleigh, NC 27607

38. ERMC III Property Management
    648 Lee Hwy, Ste 300
    Chattanooga, TN 37421

39. The Industrial Company
    9780 Mt. Pyramid Court, Ste 100
    Englewood, CO 80112

40. John J. Kirlin, LLC
    515 Dover Road, Ste 2800
    Rockville, MD 20850

41. Custom Home Exteriors
    5311 Old Poole Road
    Raleigh, NC 27610

42. Pepsi Bottling
    1900 Pepsi Way
    Garner, NC 27529

43. Walgreens
    12530 Cleveland Road
    Garner, NC 27529

44. Allcare Pharmacy
    9641 Bitter Melon Drive
    Angier, NC 27501

45. Reva, Inc.
    2101 W. Commercial Blvd., Ste 5100
    Fort Lauderdale, FL 33309

46. Clayton Auto Spa
    12905 US 70 Business W.
    Clayton, NC 27520

Case No.: 16-23157-CIV-JEM

47. Any other treating or medical doctors of the Plaintiff.

48. Any other entities for which documents were received pursuant to a subpoena duces tecum.

Plaintiff reserves the right to amend and/or supplement this Notice prior to trial.

BILLERA LAW, PLLC
*Attorneys for Plaintiff*
2201 NW Corporate Blvd., Suite 201
Boca Raton, FL 33431
Telephone: (561) 218- 4639
Facsimile: (561) 826- 7847
Primary email: John@billeralaw.com
Secondary email: Litigation@billeralaw.com

By: __/s/ JOHN F. BILLERA_____
JOHN F. BILLERA, ESQ.
Florida Bar No.: 869041

Case No.: 16-23157-CIV-JEM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing has been furnished via E-Service on this 16th day of May, 2017, to the parties on the below Service List.

BILLERA LAW, PLLC
*Attorneys for Plaintiff*
2201 NW Corporate Blvd., Suite 201
Boca Raton, FL. 33431
Telephone: (561) 218- 4639
Facsimile: (561) 826- 7847
Primary email: John@billeralaw.com
Secondary email: Litigation@billeralaw.com

By: __/s/  JOHN F. BILLERA_____
JOHN F. BILLERA, ESQ.
Florida Bar No.: 869041

**Service List:**

Joseph Madalon, Esq.
THE MADALON LAW FIRM
100 North Federal Highway Suite CU-5, 4th Floor
Fort Lauderdale, FL 33301
Tel: (954) 923-0072
Fax: (954) 923-0074
pleadings@madalonlaw.com
*Co-Counsel for Plaintiff*

CURTIS J. MASE
Florida Bar No. 478083
cmase@maselara.com
kfehr@maselara.com
filing@maselara.com
THOMAS A. BRIGGS
Florida Bar No. 663034
tbriggs@maselara.com
scarega@maselara.com
filing@maselara.com
W. COOPER JARNAGIN
Florida Bar No. 117767
wjarnagin@maselara.com
ctoth@maselara.com
filing@maselara.com

Case No.: 16-23157-CIV-JEM

MASE LARA, P.A.
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080
*Attorneys for Defendant*

▪ **BILLERA LAW** ▪
**2201 NW Corporate Blvd., Ste. 201, Boca Raton, FL 33431 ▪ TEL #(561) 218-4639 ▪ FAX #(561) 826-7847**
Page 8 of 8